IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 24.206.100.47

**ISP:** Windstream Communications
**Physical Location:** Austin, TX

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 01/20/2019 03:15:23 | 30512197BA69A068EDE19E894DFD7D16D0175C87 | Workout and Stunning Hot Sex |
| 01/11/2019 05:12:59 | 6D2DA3BE266712D87F61B1B9ADBE8E1AA2F18F45 | In Love or Lust |
| 01/05/2019 22:52:02 | B4E4A60AE28670A14C66FFC49F274290C581B7B5 | Fashion Show Fucking |
| 12/22/2018 11:20:10 | 8EFE66EFD215A8456494C6549E87006AD1D20493 | Three is NOT a Crowd |
| 12/06/2018 09:24:39 | 6BA3863D38D640403559B71AB74E5D65AA66B296 | Surprise Sex For Three |
| 11/13/2018 04:47:16 | 6328B208498C109D6EFC9A77581474694711F92B | Afternoon Rendezvous |
| 11/09/2018 23:27:38 | 386EAF30FD46748DA04933B7D41084980FDA3E74 | Tight Teen Fucks Herself |
| 09/29/2018 12:05:20 | F8D11A4D5C5BB3A07DCBB5E150E9E040DFF6E319 | Moving Day Sex |
| 09/29/2018 03:17:22 | BCC6142F2347A53D8491834CCD2AE9C8DF7E816A | A Walk To Remember |
| 09/28/2018 20:05:15 | FFC6DBBEC5ACF1A8975CCF7E6F6AE978165D4CEC | When You Least Expect It |
| 08/04/2018 18:24:32 | 3440A228C53666CC6AB85C62DE8BE3FA15E6B3D6 | Young 18 Year Old Couple in Hot Summer Sex |
| 06/12/2018 12:05:31 | BC1F91AB1FA496D453C80A2534589ED83BC9F579 | Two Gentlemen and A Lady |
| 05/28/2018 14:43:21 | B0BDE8708FC36E831E1D82EE32A0D92D8C45BC23 | Your Luckiest Night |
| 02/06/2018 14:37:23 | E9B3F020F65BBD3963D8FB2184CF8327F40E6DE1 | X Marks The Spot |
| 12/19/2017 17:24:56 | 463F73D49530FC53A05A7D4AC405F14CDB3FF5C9 | Watch Me Cum For You |
| 11/28/2017 13:41:03 | 71D362F0AE6CE4E6E19C62D7824019BE1F25443A | Black Lace and Blonde Hair in My Bed |
| 11/14/2017 02:03:51 | 6D71663E4DB88AD206191297B1EA7AE85F18C39F | Would You Fuck My Girlfriend |
| 09/26/2017 02:45:49 | D0DB2F51F34377746B69D85A8ABB4B19405640A5 | Fit For A Fuck |
| 09/14/2017 18:56:42 | 0294BB72CCDC51CD5DCE35057907DAA15DA461A6 | Supermodel Sex |
| 09/14/2017 05:57:37 | 4E3DBEDBDF6BE0E7E27236015263F89A42120F97 | Cum For A Ride |
| 08/26/2017 07:31:11 | 89B1D793636AF77DECDD2D0C433D7419FB328136 | XXX Threeway Games |

EXHIBIT A

WTX3

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 08/16/2017 23:04:05 | 77BD97CB46F8E6B0B9869A8B39F0ECC75CF84573 | Love In Prague |
| 07/04/2017 07:20:52 | 9ACCD9F498769C3E61D1934C9237406ACF9D11DE | The Call Girl |
| 05/05/2017 04:37:40 | 27BBB5802EAB51683B352E88A98F380B88B68FA1 | Deep Inside Gina |
| 04/15/2017 09:28:54 | 29F22087D08778A5F07FA7D88C9F1B70E27DA387 | A Fucking Hot Threesome |
| 04/15/2017 09:11:36 | D01D54EE3CCA3D37071B7A238B54166CDB1DCDE6 | A Deep Awakening |
| 03/22/2017 09:02:11 | 724F9A18BE9C4E5C9783E6DAE4E210E5E732C885 | Introducing Milla |
| 03/22/2017 09:01:09 | CB7FAA1587676879B1D1984E215A729610CDE6D4 | Tight Pink and Gold |
| 03/07/2017 11:00:24 | B380F8166A067F29F96B225BA51A3A7FBBA2D572 | My Favorite Taboo |
| 02/06/2017 07:25:46 | 418612CDA063819CF12372355DCD2C2573FD0337 | Truth or Dare |
| 01/05/2017 21:56:58 | 8E8C511ECF850102118CD5F35F8FC76EE9B3C6D1 | Blonde Ambition |
| 12/22/2016 21:28:30 | C9CF5A8811F7233CC35C947D379DAE5B9977DC26 | Hungry For Your Love |
| 12/22/2016 07:26:13 | BD854E344F04DFE65B2D8A69F27CA4E023BFA1E4 | Superhot Sexting |
| 12/22/2016 03:46:27 | 9368E10FAA298F6CC6581047778F171C147E54A8 | Romance in the Garden |
| 12/22/2016 03:41:58 | 0795957EB77B0C2ECD7C669292F5FD28BC3629CA | Four Way In 4K |
| 12/20/2016 06:10:21 | CF9224105265DAA2FE09AC648F316D9B9B84B93C | Sex In The Summertime |
| 12/20/2016 05:39:57 | 9D5CDFEA75C245C909F33367BD777FF3CD69C916 | The Cabin And My Wood |
| 12/20/2016 05:24:44 | 9DDF69A7085E60CFE619236137D8759D95286485 | Pussy Party |
| 12/18/2016 12:06:21 | 9A4006A1B6FE3FEEE453A8C4F19C744B2D8F8995 | Unbelievably Beautiful |
| 12/13/2016 10:58:57 | D5131C67120956C8C3F530D4489340967F1543A1 | Introducing Miss Jones |
| 12/09/2016 22:20:58 | 7F7BD0A6F6E60C864A8532D71C393CF6AEA78270 | Kiss From A Rose |
| 12/08/2016 05:38:24 | 242FBF473D815423CD623BF4CB974EB015DB8C2A | Maddy Me Crazy |
| 12/05/2016 20:29:57 | 4F99498549B8B8F3E84D2E48788CDFBA10C3247E | Like The First Time |
| 12/03/2016 06:22:48 | 2A94E9CD7A286A29D404FD62368ED29C2EB97D3B | Two Fingers Deep |
| 12/03/2016 05:37:44 | 8FC510FE905B0E64ED8310D03762B5DDAD78AB08 | Horsing Around |
| 12/01/2016 00:40:39 | 2DEEC4AEBA574E85225418E7AF3878EFE0A9F8B6 | A Night In Vegas |

EXHIBIT A

WTX3

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 10/13/2016 23:15:19 | 0260EBD4C4ABA9E3288657263F8958884A130F5E | I Love X Art |
| 04/13/2016 02:49:43 | 62F779BB326AE96AF29ED89E9AE28DBBC3C76495 | Lovers Lane |
| 04/04/2016 11:20:42 | 1B18D50812B58182D5E73C2DF44A124A48B3A479 | Sex At The Office |

**Total Statutory Claims Against Defendant: 49**

EXHIBIT A

WTX3