UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| | ) |
| Plaintiff, | ) Civil Action Case No. 5:19-cv-00601-DAE |
| | ) |
| v. | ) |
| | ) |
| JOHN DOE, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

### ORDER ON PLAINTIFF'S MOTION FOR ALTERNATE SERVICE

THIS CAUSE came before the Court upon Plaintiff's Motion for Alternate Service on Defendant John Doe the ("Motion"), pursuant to Fed. R. Civ. P. 4, and Texas Rule of Civil Procedure 106(b). This is a case for copyright infringement arising under United States Copyright Act of 1976, as amended, 17 U.S.C. §§ 101 et seq. The Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:

1. Plaintiff's Motion is granted.

2. Plaintiff is permitted to serve Defendant John Doe by alternate service, including posting a summons and copy of the Amended Complaint to his Last Known Address and sending a copy by registered or certified mail, return receipt requested, and delivery restricted to Defendant's Last Known Address.

3. Plaintiff shall have twenty-one (21) days from the date of this Order to serve Defendant John Doe by alternate service.

4. Defendant shall have twenty-one (21) days from acknowledgement of the receipt of mail to file an Answer or other responsive pleading with this Court.

5. If the Defendant fails to do so, he will be subject to Default.

SO ORDERED this 30 day of June, 2020.

By: _____
UNITED STATES DISTRICT JUDGE