# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| MALIBU MEDIA, LLC, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>[Redacted], )<br>)<br>)<br>    Defendant. )<br>) | Civil Action Case No. 5:19-cv-00601-DAE |

## PLAINTIFF'S NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE,** Plaintiff, Malibu Media, LLC, has settled this matter with Defendant, [Redacted], ("Defendant") through his counsel. Upon satisfaction of the terms of the parties' settlement agreement, to which Defendant still has executor obligations, Plaintiff will dismiss Defendant from this action with prejudice.

Dated:  August 24, 2020

                                                Respectfully submitted,

                                                By: /s/ Paul S. Beik
                                                PAUL S. BEIK
                                                Texas Bar No. 24054444
                                                BEIK LAW FIRM, PLLC
                                                8100 Washington Ave., Suite 1000
                                                Houston, TX 77007
                                                T: 713-869-6975
                                                F: 713-868-2262
                                                E-mail: paul@beiklaw.com
                                                **ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

  I hereby certify that, on August 24, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                By: /s/ Paul S. Beik
                  PAUL S. BEIK